# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VISHAY DALE ELECTRONICS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**YAGEO CORPORATION and CHILISIN ELECTRONICS CORPORATION,**<br><br>Defendants. | CASE NO. 8:12CV310<br><br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the Plaintiff's Stipulated Notice of Dismissal with prejudice (Filing No. 9). The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Stipulated Notice of Dismissal with prejudice (Filing No. 9) is approved;

2. All claims that were brought or could have been brought in this action as an original claim, amended claim, counterclaim, or cross-claim, are dismissed with prejudice; and

3. Each party will bear its own costs and attorney fees.

Dated this 6th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

2